Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1054 | **DATE** | 4/25/2011 |
| **CASE TITLE** | Robert Washington (H-43482) vs. Domingo Uribe, Jr. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Petitioner's petition for certificate of appealability [4] is denied.

■ [ For further details see text below.]    Docketing to mail notices.

## STATEMENT

    This matter is before the court on Petitioner Robert Washington's (Washington) request for a certificate of appealability. If a court denies a petition for writ of *habeas corpus* and the petitioner wishes to appeal, thereby challenging the decisions made by the state trial courts, the petitioner must first attempt to obtain a certificate of appealability from the district court. 28 U.S.C. § 2253(c). A district court should only issue a certificate of appealability "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The petitioner must also show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDonnell*, 529 U.S. 473, 484 (2000)(quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

    On February 24, 2011, the court dismissed Washington's petition for habeas corpus without prejudice because Washington had not paid the filing fee. At that time, the court gave Washington until March 23, 2011 to file a motion to reinstate the instant action by paying the filing fee or by filing an accurately and properly completed *in forma pauperis* application form. On March 22, 2011, rather than paying the filing fee or filing an accurately and properly completed *in forma pauperis* application form, Washington filed the

| STATEMENT |
|---|
| instant request for a certificate of appealability. Since the court did not deny Washington's petition for writ of *habeas corpus*, and instead dismissed the instant action without prejudice based on Washington's failure to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form, Washington's request for a certificate of appealability is improper. Therefore, the court denies Washington's request for a certificate of appealability. Even if Washington's request for a certificate of appealability was considered to be proper, Washington has not shown the denial of a constitutional right or that or that the issues presented were adequate to deserve encouragement to proceed further. |